1  VENABLE LLP
   Gregory S. Berlin (SBN 316289)
2  GSBerlin@venable.com
   Tyler G. Welti (SBN 257993)
3  TGWelti@venable.com
   101 California Street, Suite 3800
4  San Francisco, CA 94111
   Telephone:    415.653.3750
5  Facsimile:    415.653.3755

6  Attorneys for Plaintiff,
   LARRY R. REASONER

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY R. REASONER, | Case No. 3:18-cv-07674-TSH |
| Plaintiff, | Assigned to: Hon. Thomas S. Hixson |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF LARRY R. REASONER'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| CITY OF PITTSBURG POLICE DEPARTMENT, et al., | Action Filed: December 21, 2018 |
| Defendants. | |

Based upon Plaintiff Larry R. Reasoner's Motion for Leave to File Second Amended Complaint, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Larry R. Reasoner is granted leave to amend. Plaintiff shall e-file his amended complaint as a separate docket entry. No chambers copy is required.

DATED: April 22, 2019.

_____
Magistrate Judge Thomas S. Hixson